**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 19, 2014

Hon. Juan Perales
Attorney at Law
P.O. Box 769
Robstown, TX 78380
* DELIVERED VIA E-MAIL *

Hon. David Stith
319th District Court
901 Leopard Street - 8th Floor
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Patsy Perez
District Clerk
901 Leopard, Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Alex Hernandez Jr.
402 W. Main Street
Port Lavaca, TX 77979
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00531-CV
Tr.Ct.No. 03-02266-00-00-G
Style:   In Re  Irma Ybarra


Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk


DER:ch
Enc.